UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY H. McGUFFIN, Trustee
for BHB Enterprises, LLC,

    Plaintiff,                    CIVIL ACTION NO. 06-50135

    v.                            DISTRICT JUDGE ARTHUR J. TARNOW

MICHAEL BAUMHAFT, et al,        MAGISTRATE JUDGE MARK A. RANDON

    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER (DKT. NO. 248)

This matter is before the Court on Defendant's Motion for Discovery Protective Order (Dkt. No. 248) Having reviewed the motion, the Receiver's response, the response of Plaintiff and otherwise being fully advised following a hearing on November 1, 2011;

IT IS ORDERED that each and every interrogatory and document request submitted by the Receiver regarding Defendant's income and expenses shall be submitted to the Receiver on a monthly basis. All other interrogatories and document requests shall be submitted every other month. Original receipts, bank statements, and check registers, etc., as opposed to summary reports shall be provided by Defendant to the Receiver.

IT IS FURTHER ORDERED that all other requests for relief by Defendant ARE DENIED.  No costs or attorney fees to either party.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  November 2, 2011

*Certificate of Service*

    I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 2, 2011, by electronic and/or first class U.S. mail.

                                          s/Melody R. Miles
                                          *Case Manager to Magistrate Judge Mark A. Randon*
                                          *(313) 234-5542*