UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY H. McGUFFIN, Trustee
for BHB Enterprises LLC,

        Plaintiff,                      CIVIL ACTION NO. 06-50135

        v.                            DISTRICT JUDGE ARTHUR J. TARNOW

HAROLD BARMAN, et al.,           MAGISTRATE JUDGE MARK A. RANDON

        Defendants.
_____/

**ORDER REGARDING MOTION TO MODIFY SUBPOENA BY
HEATHER BOYER (DKT. NO. 283); RECEIVER'S MOTION TO
COMPEL DISCOVERY FROM HEATHER BOYER (DKT. NO. 290);
AND NON-PARTY DEPONENT AND GARNISHEE DEFENDANTS'
MOTION FOR ENTRY OF PROTECTIVE ORDER (DKT. NO. 308)**

        Before the Court is the Receiver's motion to compel discovery from non-party Heather Boyer (Dkt. No. 290); Boyer's motion to modify subpoena (Dkt. No. 283) and Boyer, PMR Defense, LLC, and Document Service Company Shell, LLC's motion for entry of a protective order (Dkt. No. 308). Having reviewed these motions and the responses thereto and being fully advised following a hearing on the motions on March 27, 2012,

        IT IS ORDERED that – subject to a protective order – Boyer shall produce all of the documents described in Schedule A of the subpoena at issue on or before April 10, 2012, EXCEPT:

-    **With respect to Item Number 2**: Production shall be limited to Boyer's 2010 and 2011 tax returns and W2s. Any information regarding Boyer's ex-husband on a joint tax return may be redacted.

- **With respect to Item Number 6:** Boyer shall have the option to provide copies or make available for inspection the documents requested. The Receiver shall not contact any customer of the entities listed without prior court approval.

- **With respect to Item Number 9:** Production shall be limited to household bills and household purchases exceeding $250. Household purchases include items for the house at 4840 Willow Lane as well as any cars, boats or recreational vehicles.

- **With respect to Item Number 17:** Boyer's counsel indicated on the record that no such documents exist.

So Ordered.

    s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2012

### CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 28, 2012.*

    *s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*